

1995 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-7-1995

# Tabas v Tabas

Precedential or Non-Precedential:

Docket 92-1495

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1995

Recommended Citation

"Tabas v Tabas" (1995). *1995 Decisions.* Paper 44.
http://digitalcommons.law.villanova.edu/thirdcircuit_1995/44

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1995 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT


No. 92-1495 and No. 92-1529


HARRIETTE S. TABAS; RICHARD S. TABAS;
NANCY C. TABAS; GERALD LEVINSON,
As Executors of the Estate of
CHARLES L. TABAS,
Appellants

v.

DANIEL M. TABAS; JOSEPH P. CAMPBELL;
JAMES J. MCSWIGGAN; LEE A. TABAS; ROBERT TABAS;
SUSAN TABAS TEPPER; LINDA TABAS STEMPEL;
JOANNE TABAS WURZAK; CAROL TABAS STOFMAN;
HOWARD WURZAK


ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(D.C. Civil Action No. 91-01355


Argued:  January 26, 1993
Before:  GREENBERG, ROTH, and LEWIS, <u>Circuit Judges</u>

Reargued In Banc October 18, 1994

Before:  SLOVITER, <u>Chief Judge</u>, BECKER, STAPLETON,
MANSMANN, GREENBERG, HUTCHINSON, SCIRICA, COWEN,
NYGAARD, ALITO, LEWIS, ROTH, and MCKEE, <u>Circuit Judges</u>


ORDER AMENDING OPINION



        Judge Alito's concurring opinion in the above captioned

case filed February 13, 1995, is amended as follows:

The first sentence of that opinion ("I concur in the judgment, and I join parts I, II, VI, and VI of the opinion of the court.") is deleted.  In its place, the following is inserted:

I concur in the judgment, and I join those parts of Judge Roth's opinion that constitute an opinion of the in banc court, i.e., parts I, II, V, and VI.  I do not join part IV of Judge Roth's opinion.

\s\ Samuel A. Alito, Jr.
Circuit Judge

DATED:    March 7, 1995